**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
Petty Offense No. 3:26-PO-49 (EMB)

UNITED STATES OF AMERICA,                     Violation No: E2697830 (MN3)

                         Plaintiff,

        v.                                     **ORDER FOR DISMISSAL**

REBECCA R. RINGSTROM,

                         Defendant.

This matter is before the Court on the United States' Motion to Dismiss the citation issued against the defendant with prejudice.

**IT IS HEREBY ORDERED**:

1. The Motion to Dismiss is **GRANTED**. Violation No. E2697830 (MN3) is dismissed with prejudice.

2. The hearing previously set for April 16, 2026 at 9:00 a.m. before Magistrate Judge Elsa M. Bullard is CANCELLED.

Dated: April 9, 2026                          *s/Elsa M. Bullard*
                                              The Honorable Elsa M. Bullard
                                              United States Magistrate Judge